No. 1293, Misc. BEST *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied. *Anthony F. Marra* for petitioner.

No. 1294, Misc. LYLE *v.* MARONEY, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 1297, Misc. DILLENBURG *v.* MAXWELL, REFORMATORY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1303, Misc. CASTILLO. *v.* DIRECTOR OF THE DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1307, Misc. ERVING ET AL. *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioners. *Clarence A. H. Meyer*, Attorney General of Nebraska, and *Melvin Kent Kammerlohr*, Assistant Attorney General, for respondent.

No. 1325, Misc. LEVINE ET AL. *v.* COLGATE-PALMOLIVE Co. ET AL. Sup. Ct. N. Y., New York County. Certiorari denied. Petitioners *pro se. Paul W. Williams* for respondents.

No. 1310, Misc. PRICE *v.* ALLGOOD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 1306, Misc. CALLOWAY *v.* OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 1076, Misc. BJORNSEN *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioner.